THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLEN CLIFF PRESS, INC., Respondent, v. EDWARD SPRINGMANN, Commissioner of Accounts of the City of Glen Cove, et al., Appellants.

*Municipal corporations — Glen Cove (city of) — power of city council to contract for printing and delivery of copies of proceedings of council — mandamus to compel signing of warrant for payment.*

People ex rel. Glen Cliff Press, Inc., v. Springmann, 217 App. Div. 778, affirmed.

(Argued September 28, 1926; decided October 12, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1926, which reversed an order of Special Term denying a motion for a peremptory order of mandamus to compel the signing of a warrant for payment of a claim against the city of Glen Cove and granted said motion. The claim was for the contract price of printing and delivering certain copies of the proceedings of the council of the city of Glen Cove. The commissioner of accounts refused to countersign the warrant for payment of the bill on the ground that the city council was without authority to award the contract and, therefore, the commissioner of finance refused to pay the amount alleged to be due.

*Thomas F. X. McCarthy* for appellants.

*Charles T. McCarthy* and *Harry W. Moore* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

----

WILLIAM ROSENSTEIN, Appellant, v. SAMUEL SCHNEIDERMAN, Respondent.

*Appeal — failure to file undertaking.*

Reported below, 216 App. Div. 849.

(Submitted October 4, 1926; decided October 12, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second